# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLENE MCPHERSON** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-1469 |
| **CAROLYN W. COLVIN** | : |
| | : |

## ORDER

**AND NOW**, this 28th day of September 2016, upon consideration of Plaintiff's Request for judicial review (ECF Doc. No. 3), the Acting Commissioner's Response (ECF Doc. No. 8), Plaintiff's Motion for Summary Judgment (ECF Doc. No. 12), the Acting Commissioner's Opposition (ECF Doc. No. 14) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion and Request for review (ECF Doc. No. 12) is **GRANTED**;

2. We **remand** to the Acting Commissioner for expedited further evaluation based upon an appropriate hypothetical to the vocational expert consistent with the accompanying Memorandum; and,

3. Under Fed.R.Civ.P. 1 and mindful Ms. McPherson applied for benefits over four years ago, the Acting Commissioner shall promptly schedule a renewed hearing on the limited remaining issues and shall file status memoranda on the progress of resolving this application for benefits on November 15, 2016, December 30, 2016 and every thirty days thereafter until resolved or returned for our further review.

_____
KEARNEY, J.